**Order entered October 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00898-CR

**MICHAEL EDWARD HARSSEMA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80837-2018**

## ORDER

On October 19, 2018, official court reporter Sheri Vecera filed a request for extension of time to file the reporter's record on behalf of Kristen Kopp who is on medical leave. We **GRANT** the request and **ORDER** the reporter's record filed on or before November 26, 2018.

/s/     LANA MYERS
         JUSTICE